In the Matter of the Claim of CARL SIGURD, Respondent, against PAUL MAXWELL and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and carrier. Claimant was injured while in the employ of the employer. Appellants assert that he was an independent contractor. The evidence does not sustain the assertion, but rather the contrary. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of LILLIAN PHILLIPS, Respondent, against QUEENS ELECTRIC SHOPS, INC., and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for funeral expenses made by the State Industrial Board under the Workmen's Compensation Law. Deceased, a salesman, was killed in an automobile accident while driving home from interviewing a prospective customer. Appellants contend that the accident did not arise out of and in the course of the employment and that the death resulted solely from intoxication. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of FRANK THOMPSON, Respondent, against GRACE P. QUIGLEY and ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— The employer and her insurance carrier have appealed from an award of the State Industrial Board in claimant's favor. The employer was engaged in operating office buildings in Herkimer, N. Y. On June 26, 1939, the claimant, a painter by trade, while painting the halls of the employer's premises, fell from a plank on which he was standing and sustained the injuries in question. The only issue raised is whether claimant was an employee or an independent contractor. The finding of the State Industrial Board that claimant was an employee is sustained by the evidence. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.